UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM R. YEE,

        Plaintiffs,                No. 06-CV-15142-DT

vs.                                  Hon. Gerald E. Rosen

MICHIGAN SUPREME COURT, et al.,

        Defendants.
_____/

ORDER GRANTING DEFENDANT LOUIS J. BELZER'S
FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     January 23, 2007

PRESENT: Honorable Gerald E. Rosen
                 United States District Judge

I. INTRODUCTION

On January 10, 2006, this Court entered an Opinion and Order dismissing the Judicial Defendants, Attorney General Defendants, County Prosecutor Defendants, Mediator Defendants, and Friend of the Court Defendants finding that all of these defendants are cloaked with absolute judicial and quasi-judicial immunity. This matter is now before the Court on the motions for dismissal filed by Defendant Louis J. Belzer.

Defendant Belzer is a member of the Shiawassee County Friend of the Court. As such, as this Court held in its January 10, 2006 Opinion and Order with respect to the other Friend of the Court Defendants named by Plaintiff Yee in his Complaint, Belzer is

cloaked with quasi-judicial immunity.

For the foregoing reasons, as more fully explained in the Court's January 10, 2006 Memorandum Opinion and Order which is hereby incorporated by reference,

IT IS HEREBY ORDERED that Defendant Louis J. Belzer's Motion to Dismiss [Document No. 126] is GRANTED.  Accordingly,

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant Belzer are DISMISSED, WITH PREJUDICE.


s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated:  January 23, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 23, 2007, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager