UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM R. YEE,

        Plaintiffs,                No. 06-CV-15142-DT

vs.                                  Hon. Gerald E. Rosen

MICHIGAN SUPREME COURT, et al.,

        Defendants.
_____/

## ORDER DISMISSING CLAIMS AGAINST DEFENDANTS DUNCHOCK, HUSTED, DEMIS AND HOSCHNER

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on     April 6, 2007

        PRESENT: Honorable Gerald E. Rosen
                             United States District Judge

        This matter is presently before the Court on the Motions to Dismiss filed by Defendants Robert Hoschner [Docket # 161] and James D Demis, Jr. [Docket # 168]. Having reviewed these motions, Plaintiff's responses, the Answers to Plaintiff's Complaint filed by Defendants Arnold Dunchock and Amy Husted, and the Court's entire record of this matter, pursuant to Eastern District of Michigan Local Rule 7.1(e)(2), the Court has determined that oral argument is not necessary.

        The Court has previously summarized the pertinent facts of this case in prior Opinions. Briefly stated, Plaintiff William Yee complains in this action of adverse Michigan state court rulings concerning him and (1) his claims of damage to real property

owned by him resulting from a rise in the lake level of Bambi Lake and (2) his divorce from, and custody battle with, his ex-wife, Christine Roche.

Defendants Robert Hoschner and Amy Husted represented Christine Roche in the divorce/custody action.[1]  Defendant Arnold Dunchock represented Plaintiff Yee.  The adverse rulings in the divorce/custody action complained of by Plaintiff occurred in 2000-2001.  *See* Michigan Court of Appeals Nos.225478 and 237869 (Dockets available on the internet at www.courtofappeals.mjud.net).  Plaintiff unsuccessfully appealed these rulings to the Michigan Court of Appeals.  *See id.*  He thereafter sought, but was denied, leave to appeal to the Michigan Supreme Court.  *Id.*  His petition for a writ of certiorari to the United States Supreme Court was also denied.  *Id.*

The Court has previously held that Plaintiff's claims against the various attorneys who represented and opposed him in connection with the state court actions concerning the water level of Bambi Lake were barred by the *Rooker-Feldman* doctrine, the doctrine of collateral estoppel, and/or the applicable statutes of limitations.  *See* January 23, 2007 Memorandum Opinion and Order Granting Attorney Defendants' Motions to Dismiss.

The Court finds that these same reasons bar Plaintiff's claims against Attorneys Dunchock, Husted and Hoschner, and also bar Plaintiff's claims against James D. Demis, Jr., an accountant who testified in Shiawassee County Circuit Court on behalf of Plaintiff's ex-wife in the divorce action.

Therefore, for the reasons stated in the Court's January 23, 2007 Memorandum

---

[1] Defendant Phillip Dulmage also represented Mr. Yee in the state court proceedings.

Opinion and Order, which is hereby incorporated by reference,

    IT IS HEREBY ORDERED that Plaintiff's claims against Defendants Dunchcok, Hoschner, Husted and Demis are DISMISSED, with prejudice.[2]

        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated: April 6, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 6, 2007, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager

---

[2] This ruling also applies to Plaintiff's claims against Defendants Phillip Dulmage and Christine Roche which arise out of the divorce/custody proceeding.